**STATE of Missouri, Respondent,**

v.

**Cynthia L. WALTERS, Appellant.**

### WD 77634

Missouri Court of Appeals,
Western District.

Order filed: September 29, 2015

Rachel S. Flaster, Jefferson City, for Respondent.

Ellen H. Flottman, Columbia, for Appellant.

Before Division Two: Thomas H. Newton, Presiding Judge, Victor C. Howard, Judge and Mark D. Pfeiffer, Judge

## ORDER

PER CURIAM:

After a jury trial, Cynthia Walters was found guilty of one count of second-degree murder and one count of armed criminal action. Walters appeals her convictions, arguing the trial court erred in giving a voluntary intoxication jury instruction and in overruling her objection to the State's closing argument. Because a published opinion would be of no precedential value, a memorandum has been provided to the parties.

The judgment of conviction is affirmed. Rule 30.25(b).